**Order entered May 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00316-CR

**CARLOS MEDRANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-418**

## ORDER

We **GRANT** the State's May 20, 2013 unopposed second motion for extension of time to file the State's brief. The State's brief tendered to the Clerk of the Court on May 20, 2013 is **DEEMED** timely filed as of the date of this order.


/s/    LANA MYERS
       JUSTICE